IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION


KIRK L. WILLIAMS,

                    Petitioner,

      v.

MARK NOOTH,

                     Respondent.

3:10-cv-00070-ST

ORDER


Nell Brown
Federal Public Defender's Office
101 SW Main Street, Suite 1700
Portland, OR 97204

          Attorney for Petitioner

Andrew D. Hallman
Oregon Department of Justice
CCR Section
1162 Court Street, NE
Salem, OR 97301

          Attorney for Respondent

HERNANDEZ, District Judge:

Magistrate Judge Janice M. Stewart issued a Findings and Recommendation (doc. #74) on March 21, 2013.  The Magistrate Judge recommends the Amended Petition for Writ of Habeas Corpus (doc. #20) be denied, and a judgment should be entered dismissing this case with prejudice.  The Magistrate Judge also recommends that I issue a Certificate of Appealability as to all claims petitioner argues on the basis that he has made a substantial showing of the denial of a constitutional right pursuant to 28 U.S.C. § 2253(c)(2).

This matter is now before me pursuant to 28 U.S.C. § 636(b)(1) and rule 72(b) of the Federal Rules of Civil Procedure.  When any party objects to any portion of the Magistrate Judge's F&R, as here, the district court must make a de novo determination of that portion of the Magistrate Judge's report.  28 U.S.C. § 636(b)(1); Dawson v. Marshall, 561 F.3d 930, 932 (9th Cir. 2009); United States v. Reyna-Tapia, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc).

## CONCLUSION

The court ADOPTS the Magistrate Judge's Findings and Recommendation (doc. #74). Accordingly, the Amended Petition for Writ of Habeas Corpus (doc. #20) is denied, and this case is dismissed with prejudice.  I, however, issue a Certificate of Appealability as to all claims petitioner argues on the basis that he has made a substantial showing of the denial of a constitutional right pursuant to 28 U.S.C. § 2253(c)(2).

IT IS SO ORDERED.

DATED this _____ 15 day of _____ APRIL _____, 2013.

MARCO A. HERNANDEZ
United States District Judge

2 - ORDER